**SO ORDERED: January 16, 2013.**



_____
**James K. Coachys
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GEORGE F. CALLAHAN, JR. and | ) | Case No. 11-10283-JKC-13 |
| DIANA L. CALLAHAN, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| FINANCE CENTER FEDERAL | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 12-50194 |
| | ) | |
| GEORGE F. CALLAHAN, JR., | ) | |
| DIANA L. CALLAHAN, | ) | |
| PNC BANK, MED-1 SOLUTIONS, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| PNC BANK, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |

| | |
|---|---|
| FINANCE CENTER FEDERAL<br>CREDIT UNION, | )<br>)<br>) |
| Counterclaim Defendant. | )<br>) |

### JUDGMENT ON FINANCE CENTER FEDERAL CREDIT UNION'S COMPLAINT AGAINST PNC BANK AND ON PNC'S COUNTERCLAIM AGAINST FINANCE CENTER FEDERAL CREDIT UNION

This matter comes before the Court on Finance Center Federal Credit Union's ("FCU") Motion for Summary Judgment against PNC Bank ("PNC") and PNC s Cross-Motion for Summary Judgment against FCU. Consistent with the Findings of Fact and Conclusions of Law entered contemporaneously herewith, the Court hereby enters judgment in favor of the FCU and against PNC and concludes that FCU's mortgage is prior and superior to PNC's judgment lien against the subject real property.

###